Robert L. Tankel
Of Counsel
Leslie M. Conklin
Anne M. Malley
Jerrold J. Golson

**Robert L. Tankel, P.A.**
**Attorney at Law**
1022 Main Street, Suite D
Dunedin, FL 34698
www.condocollections.com

Voice: 727/239-0296
Fax: 727/736-2305
Email: kathy@condocollections.com

April 6, 2011

BY CERTIFIED MAIL
RETURN RECEIPT REQUESTED
COPY SENT BY REGULAR US MAIL

Gregory and Shoshanna Negron
11139 Indian Oaks Dr
Tampa, FL 33625

Re:   Indian Oaks Homeowner's Association, Inc.

Dear Homeowner:

Please be advised that this office represents Indian Oaks Homeowner's Association, Inc. We have been authorized to make demand for unpaid assessments pursuant to 720.3085 F.S. A lien and subsequent foreclosure may be authorized by the association and commenced unless the following amounts are paid in full within forty-five (45) days from the date of this letter, provided the amount of the payment brings the account current. Any payment received and accepted shall be applied first to any interest accrued, then to any administrative late fee, then to any costs and reasonable attorney's fees incurred in collection, and then to the delinquent assessment. This paragraph applies notwithstanding any restrictive endorsement, designation, or instruction placed on or accompanying a payment.

| | |
|---|---|
| Annual Assessments - 2011 | $   330.00 — *Paid* |
| Interest | $     22.78 |
| Association Costs | $     50.00 |
| Certified and/or registered mail and deed search | $     25.00 |
| Attorneys Fees | $   150.00 |
| TOTAL OUTSTANDING | $   577.78 |

**NOTICE UNDER 15 U.S.C. SECT 1601 FAIR DEBT COLLECTION PRACTICES ACT**

The amount of the debt is stated above. The amount of the debt contained in this letter is believed to be due and owing. The Association is the creditor to whom the debt is owed. The debt described herein will be assumed to be valid unless, within thirty days after receipt of this correspondence, the validity of the amounts due or any portion thereof is disputed. If Robert L. Tankel is notified within the thirty day period that the amounts due or any portion thereof is disputed, Robert L. Tankel will obtain verification of the amount due, and verification will be sent to the requestor by this office. **THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.** If the amount due is disputed, we would appreciate submission of any documentation or evidence that the amounts due are not correct. Any assessments, costs or fees that may come due in the interim must be paid as well. Should further legal action become necessary in this matter, substantial additional legal fees and costs will be incurred, in addition to those set forth above.

Payment should be in U.S. dollars drawn on a U.S. bank only, payable to "Robert L. Tankel, P.A. Trust Account" and mailed to Robert L. Tankel, P.A., 1022 Main St., Suite D, Dunedin, FL 34698-5333. If you do not understand your legal rights, I urge you to contact an attorney who is a member of the Florida Bar.

Very Truly Yours,
ROBERT L. TANKEL, P.A.



Robert L. Tankel, Esq.

RLT/bg

*If you are or have been in bankruptcy or the bankruptcy has been discharged, this is not an attempt to collect a debt from you personally; this is sent to you as owner of the property; the demand and remedy is in rem only.*



PLAINTIFF'S
EXHIBIT
*A*